UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-cv-22419-COOKE/TORRES

| | |
|---|---|
| JOSEPH PEREA<br><br>   Plaintiff,<br><br>   v.<br><br>AVMED, INC., d/b/a AvMed,<br>a Florida Non-Profit Corporation<br><br><br><br>   Defendant. | Hon. Marcia G. Cooke |

## STIPULATION OF DISMISSAL WITH PREJUDICE

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joseph Perea and Defendant AvMed, Inc., hereby stipulate to the voluntary dismissal with prejudice of all claims asserted or which could have been asserted in this action by way of complaint or counterclaim. Each Party will bear its own attorneys' fees and costs. A proposed order is attached hereto.

Dated: July 18, 2014

Respectfully submitted,

By:  /s/ Paulo R. Lima            
   John J. Delionado
   Fla. Bar No. 499900
   Paulo R. Lima
   Fla. Bar No. 0064364
   HUNTON & WILLIAMS LLP
   1111 Brickell Avenue, Suite 2500
   Miami, FL 33131
   Tel: (305) 810-2500
   Fax: (305) 810-2460
   Email: jdelionado@hunton.com
   Email: plima@hunton.com

*Attorneys for Defendant AvMed, Inc.*

By:  /s/ Joseph Perea            
   Joseph Perea
   Fla. Bar No. 47782
   P.O. Box 961383
   Miami, FL 33296
   Tel: (305) 934-6215
   Fax: (888) 229-4968
   Email: perealaw@gmail.com

*Attorney and Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 18, 2014, I filed a copy of the foregoing using the Court's CM/ECF filing system, which will cause a copy of the same to be delivered electronically to all counsel of record.

                                            /s/ Paulo R. Lima
                                            Paulo R. Lima