UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22419-Civ-COOKE/TORRES

JOSEPH PEREA,

    Plaintiff,

vs.

AVMED, INC. d/b/a AvMed,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Stip. Dismissal with Prejudice, ECF No. 8. Each party shall bear his or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of July 2014.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*